JAMES BROWN and Others, Copartners, etc., Respondents, v. C. ROSENSTEIN COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.